## CONSENT TO ELECTRONIC SERVICE

I hereby consent to receive electronic service of notices and documents in my case(s) listed below. I affirm that:

1. I have regular access to my e-mail account and to the internet and will check regularly for Notices of Electronic Filing;
2. I have established a PACER account;
3. I understand that electronic service is service under Rule 5 of the Federal Rules of Civil Procedure and Rule 5.2 of the Local Civil Rules, and that I will no longer receive paper copies of case filings, including motions, decisions, orders, and other documents;
4. I will promptly notify the Court if there is any change in my personal data, such as name, address, or e-mail address, or if I wish to cancel this consent to electronic service;
5. I understand that I must regularly review the docket sheet of my case so that I do not miss a filing; and
6. I understand that this consent applies only to the cases listed below and that if I file additional cases in which I would like to receive electronic service of notices of documents, I must file consent forms for those cases.

**Civil case(s) filed in the Southern District of New York:**

Please list all your pending and terminated cases to which you would like this consent to apply. For each case, include the case name and docket number (for example, John Doe v. New City, 10-CV-01234).

Svetlana Travis v. Bank of America, N.H.
Case No. 1:22-CV-10102-JPO

Name (Last, First, MI): TRAVIS, SVETLANA

Address: 442 5th Avenue #1993   City: New York   State: NY   Zip Code: 10022

E-mail Address: BLISSFLOAT@gmail.com

Telephone Number: —

Date: 12/10/2022

Signature: /s/

Click Here to Save

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Svetlana TRAVIS

Write the full name of each plaintiff or petitioner.

No. 1:22cv 10102-JPO

-against-

BANK of AMERICA, N.A.

MOTION FOR PERMISSION FOR
ELECTRONIC CASE FILING

Write the full name of each defendant or respondent.

I respectfully ask the Court for permission to participate in electronic case filing ("e-filing") in this case. I affirm under penalty of perjury that:

1. I have reviewed the Court's Electronic Case Filing Rules & Instructions, available at http://nysd.uscourts.gov/ecf_filing.php, and agree to abide by them.

2. I completed the Court's CM/ECF introduction course[1] on  12/10/2022

3. I have submitted a Non-Attorney E-File Registration for the PACER system at https://www.pacer.gov/reg_nonatty.html.

4. I understand that once I register for e-filing, I will receive notices and documents only by e-mail in this case and not by regular mail.

5. I understand that if I am granted permission to participate in e-filing, I must file my documents electronically and I may not submit documents to the Pro Se Intake Unit for scanning and docketing.

6. I know how to convert a document to PDF-A format.

7. I have regular access to the technical requirements necessary to e-file successfully:

    ☑ a computer with internet access and a word processor

    type of computer I will be using: Apple Mac

---

[1] You may register for the course on the Court's website: http://nysd.uscourts.gov/ecf_training.php.

SDNY Rev: 10/4/18

type of word processor I will be using: __Apple Mac__

☑ an e-mail account (on a daily basis) to receive notifications from the Court and notices from the e-filing system

☑ a scanner to convert documents that are only in paper format into electronic files

scanning equipment I will be using: __library scan__

☑ a PDF reader and a PDF writer to convert word-processing documents into PDF format, the only electronic format in which documents can be e-filed

version of PDF reader and writer that I will be using:
__latest version App__

☑ a printer or copier to create required paper copies such as chambers copies.

8. I understand that I must regularly review the docket sheet of the case so that I do not miss a filing.

9. I understand that if my use of the ECF system is unsatisfactory, my e-filing privileges may be revoked, and I will be required to file documents in paper.

__12/10/2022__  __[signature]__
Dated                                    Signature

__Svetlana Travis__
Name

__442 Fifth Avenue   New York, NY  10022__
Address                City            State   Zip Code

__347 712 5682__            __Blissfloat@gmail.com__
Telephone Number            E-mail Address

2