RECEIVED
SDNY PRO SE OFFICE
2022 DEC 13 AM 11:02

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

Svetlana Travis
(List the full name(s) of the plaintiff(s)/petitioner(s).)

22 CV 10102 (  )(  )

-against-

Bank of America, NA
(List the full name(s) of the defendant(s)/respondent(s).)

Application for the Court to Request Pro Bono Counsel

I ask the Court to request a *pro bono* attorney to represent me in this action. In support of my application, I declare under penalty of perjury that the following information is true and correct:

1. Have you previously filed a "Request to Proceed in Forma Pauperis" (an IFP application)? Please check the appropriate box below:

   ☐ I have previously filed an IFP application in this case, and it is a true and correct representation of my current financial status.

   ☑ I have not previously filed an IFP application in this case and now attach an original IFP application showing my financial status.

   ☐ I have previously filed an IFP application in this case, but my financial status has changed. I have attached a new IFP application showing my current financial status.

2. Explain why you need an attorney in this case. (Please note that requests for pro *bono* counsel are rarely granted at the early stages of a case and usually not before the Court has issued a decision on the merits of the case.) If you asked for an attorney earlier in this case, please also explain what has changed since you last asked for an attorney.

I had a lawyer, Joe Murray, who is now too busy with his other cases and cannot represent me. English is not my native language and it's trying for me to write legal papers. My case is time sensitive. I searched for other lawyers, but they are very expensive.

Rev. 3/27/14

3. Explain what steps you have taken to find an attorney and with what results. (Please identify the lawyers, law firms or legal clinics you have contacted and their responses to your requests. If you have limited access to the telephone, mail, or other communication methods, or if you otherwise have had difficulty contacting attorneys, please explain.)

Called Attorney firms, such as David Otto, they are very expensive. Other lawyers like "Derek Smith Law" firm is not interested, my previous lawyer, Joe Murray is busy with cases on trials and cannot meet deadlines.

4. If you need an attorney who speaks a language other than English, state what language(s) you speak: I can speak English and Russian

5. I understand that if an attorney volunteers to represent me and that attorney learns that I can afford to pay for an attorney, the attorney may give this information to the Court. S.Y.

6. I understand that even if the Court grants this application, I will receive *pro bono* counsel only if an attorney volunteers to take my case and that there is no guarantee that an attorney will volunteer to represent me. S.Y.

7. I understand that if my answers on this application or in my IFP application are false, my case may be dismissed. S.Y.

12/13/2022
Date

Signature

Davis, Svetlana
Name (Last, First, MI)

Prison Identification # (if incarcerated)

442 5th Avenue #1993 NY, NY 10018
Address / City / State / Zip Code

347 712 5612
Telephone Number

BLISSFLOAT@gmail.com
E-mail Address (if available)