UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

SVETLANA TRAVIS,

                        Plaintiff,

          -v-

BANK OF AMERICA, N.A.,

                       Defendant.

22-CV-10102 (JPO)

ORDER

---

J. PAUL OETKEN, District Judge:

    Plaintiff has submitted a request for an additional 30 days to "answer, move, or otherwise respond to Plaintiff's Complaint." (Dkt. No. 19.) The Court construes this as a request for 30 additional days to file a response in opposition to Defendant's motion to dismiss. In light of the Court's January 19, 2023 order denying Plaintiff's request for pro bono counsel, the Court hereby grants Plaintiff an extension of 30 days from that date to submit her opposition motion.

    Plaintiff shall submit her opposition papers, if any, on or before February 19, 2023.

    SO ORDERED.

Dated: January 24, 2023
       New York, New York

                                              _____
                                                   J. PAUL OETKEN
                                               United States District Judge