# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

**SVETLANA TRAVIS**

Write the full name of each plaintiff or petitioner.

Case No. 1:2022 CV 10102

-against-

**BANK OF AMERICA, N.A.**

NOTICE OF MOTION

Write the full name of each defendant or respondent.

PLEASE TAKE NOTICE that (plaintiff) or defendant **Svetlana Travis** name of party who is making the motion requests that the Court:

to allow submit late opposition for Defendant's motion to dismiss; extention of time to respond to Defendant's motion to dismiss until May 1, 2023

Briefly describe what you want the court to do. You should also include the Federal Rule(s) of Civil Procedure or the statute under which you are making the motion, if you know.

In support of this motion, I submit the following documents (check all that apply):

☐ a memorandum of law

☑ my own declaration, affirmation, or affidavit

☑ the following additional documents: Plaintiff submits an exhibit of her pending 440 motion in New York Criminal Court.

**3.25.2023**
Dated

Signature

**Svetlana Travis**
Name

Prison Identification # (if incarcerated)

**442 5th Avenue 1993    New York    NY    10018**
Address            City       State   Zip Code

Telephone Number (if available)

E-mail Address (if available)